IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER SEVEN |
| ANTHONY J. DELAURENTIS and LISA A. DELAURENTIS, | : | BANKRUPTCY NO.: 5-03-bk-52437 |
| DEBTORS | : | |
| WILLIAM G. SCHWAB, Esq., Trustee for ANTHONY J. DELAURENTIS and LISA A. DELAURENTIS, | : | {**Nature of Proceeding**: Defendant's Motion for Reconsideration of Order Denying Motion to Set Aside Default Judgment (Doc. #20)} |
| PLAINTIFFS | : | |
| vs. | : | |
| M & T CREDIT CORPORATION, | : | |
| DEFENDANT | : | **ADVERSARY NO.: 5-03-ap-50411** |

# ORDER

For those reasons indicated in the Opinion filed this date, **IT IS HEREBY**

**ORDERED** that Defendant's Motion to reconsider the Order of this Court dated October 21, 2004 is denied.

Date: March 7, 2005

John J. Thomas, Bankruptcy Judge

(CMS)

*This electronic order is signed and filed on the same date.*